8748. POWELL *v.* CITY OF CAIRO.

GEORGE, J. Under the decision in *Barlow* v. *Americus*, 146 *Ga.* 805 (92 S. E. 643), the municipal ordinance under which the plaintiff in error was tried and convicted is void; and the court erred in overruling the certiorari, the validity of the ordinance being directly attacked in the petition for certiorari.

*Judgment reversed. Wade, C. J., and Luke, J., concur.*
DECIDED JUNE 13, 1917.

Petition for certiorari; from Grady superior court—Judge Worrill presiding. March 3, 1917.

J. Q. Smith, S. P. Cain, for plaintiff in error.
J. S. Weathers, contra.